# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable: JACQUELINE P. COX
Hearing Date: 5/11/15
Bankruptcy Case No.: 14-44033
Adversary No.:
Title of Case: Jermerl Wells

Brief Statement of Motion:

Names and Addresses of moving counsel: Elizabeth M. Pavone #6313701, Ledford Wu & Borges LLC, 105 W. Madison #2300 Chicago, IL 60602

Representing: Debtor

## ORDER

**IT IS HEREBY ORDERED**

1) Confirmation is reset to June 3, 2015 - FINAL.

2) The automatic stay and this motion are extended to June 3, 2015.

Jacqueline Cox

JUDGE JACQUELINE P. COX
UNITED STATES BANKRUPTCY COURT

6/11/99